**No. P68/484.**—The May Dept. Stores Company v. United States, protests 64/10198 and 63/11385 (Los Angeles).

NEWMAN, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rainwear similar in all material respects to that the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 13, 1968

**No. P68/485.**—R. H. Macy & Co., Inc. v. United States, protests 67/9368, etc. (New York).

NEWMAN, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of folding doors similar in all material respects to those the subject of *Gitkin Co.* v. *United States* (58 Cust. Ct. 383, C.D. 2997), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 15, 1968

**No. P68/486.**—Marmax Trading Corp. v. United States, protests 65/1741, etc. (New York).

**No. P68/487.**—Marmax Trading Corp. v. United States, protests 66/27854 (New York).

NEWMAN, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of plastic cases or containers similar in all material respects to those the subject of *Marmax Trading Corp.* v. *United States* (58 Cust. Ct. 255, C.D. 2955), the claim of the plaintiff was sustained.